STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6925
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TARUN GAUR,<br><br>                Petitioner,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of U.S. Department of Homeland Security, *et al*.,<br><br>                Respondents. | C 3:21-cv-05107 JCS<br><br>**STIPULATION REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b) and [~~PROPOSED~~] ORDER** |

1. Petitioner commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate his application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after USCIS interviewed Petitioner.

2. USCIS is now prepared to resolve this matter by adjudicating Petitioner's application for naturalization. However, USCIS cannot adjudicate the application unless and until the Court remands the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (accord).

Accordingly, subject to the Court's approval, IT IS HEREBY STIPULATED that:

1. USCIS will issue a Request for Evidence ("RFE") to Petitioner within 7 days of a remand, and Petitioner will have 14 days to respond to the RFE.

2. Once the requested evidence is received, the agency will issue a decision within 30 days. The Court shall remand this case to USCIS, 630 Sansome Street, San Francisco, CA 94111, directing the agency to take any and all necessary actions, and to issue a decision on Petitioner's application for naturalization within 30 days of receiving Petitioner's RFE responses.

3. If USCIS does not issue a decision on Petitioner's application for naturalization within the time frame set forth in paragraph 2 above, Respondents will not oppose any request by Petitioner to this Court to vacate the remand order and thereby re-assert jurisdiction over Petitioner's action pursuant to 8 U.S.C. § 1447(b).

4. Each of the parties shall bear their own costs and fees.

Dated: August 25, 2021                                  Respectfully submitted,

                                                        STEPHANIE HINDS
                                                        Acting United States Attorney


                                                         /s/ Elizabeth Kurlan
                                                        ELIZABETH KURLAN
                                                        Assistant United States Attorney
                                                        Attorneys for Respondents


Dated: August 24, 2021
                                                         /s/ Kevin Crabtree
                                                        KEVIN M. CRABTREE
                                                        Attorney for Petitioner


### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 26, 2021

                                                        JOSEPH C. SPERO
                                                        United States Chief Magistrate Judge

Stipulation to Remand
C 3:21-cv-05107 JCS                     2